PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:95CR20005-002 |
| DOCKET NUMBER *(Rec. Court)* | 0971  5:05CR00439-01  RMW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Marvel L. Salvant<br>58 Natividad Road, Apartment 4<br>Salinas, CA 93906 | Western District of Tennessee | Western |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Julia Smith Gibbons | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/26/04   TO 11/25/09 |

**OFFENSE**

Possession With Intent to Distribute Cocaine Base  21 U.S.C. § 841(a)(1)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Tennessee__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Northern District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 1, 2005

Date                                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern District of California__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/17/05

Effective Date                                    United States District Judge

# UNITED STATES DISTRICT COURT



NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

DEBRA K. AASMUNDSTAD
CHIEF U.S. PROBATION OFFICER

**Please reply to:**
280 S First Street, Ste. 106
San Jose, CA 95113
(408) 535-5200
(408) 535-5206

450 Golden Gate Avenue
17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

RECEIVED
2005 JUL 18  PM 2:27

U.S. PROBATION OFFICE
WESTERN DISTRICT OF TENNESSEE

July 14, 2005

Anna B. Wells, DCUSPO
234 Cliford Davis Federal Bldg.
167 North Main Street
Memphis, TN  38103

Re:   Marvel L. Salvant
      Docket No.:  2:95CR20005-02
      <u>TRANSFER OF JURISDICTION</u>

Dear Chief Wells:

Enclosed please find the Transfer of Jurisdiction forms transferring jurisdiction of the above-referenced case from the _____ WD/Tennessee _____ to the Northern District of California. To finalize this transfer, please forward this letter to your clerk's office with instructions to file.

If you have any questions regarding the above, please do not hesitate to contact me at the number shown below.

Sincerely,

Dorian DeCius /adl
Dorian DeCius
U S Probation Officer
(408) 535-5217

Enclosures

adl

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:95-CR-20005 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT